**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CYNTHIA MENDOZA-MARTINEZ,

    Plaintiff,

v.                                                       No. CV 18-1079 CG

NANCY A. BERRYHILL,
Acting Commissioner for
Social Security Administration,

    Defendant.

## **ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO REVERSE AND REMAND**

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)*, (Doc. 18), filed May 24, 2019. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE